JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DAVID KIEBLER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336 (phone)
702-388-5087 (fax)
david.kiebler@usdoj.gov
*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CELSO DANIEL RUIZ,<br><br>Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No. 2:23-cr-228-RFB-NJK<br><br>**VIOLATIONS:**<br><br>Count One:<br>18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D) – Engaging in the Business of Dealing and Manufacturing Firearms Without a License<br><br>Counts Two – Ninety-Eight:<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2) – False Statement in Acquisition of Firearm |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
*Engaging in the Business of Dealing or Manufacturing Firearms Without a License*
(18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D))

Beginning from a time unknown but no later than on or about December 1, 2020, and continuing to or about January 17, 2023, in the State and Federal District of Nevada,

**CELSO DANIEL RUIZ,**

defendant herein, not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNTS TWO THROUGH NINETY-EIGHT
*False Statement in Acquisition of Firearm*
(18 U.S.C. §§ 922(a)(6), 924(a)(2))

On or about the dates below, in the State and Federal District of Nevada,

**CELSO DANIEL RUIZ,**

defendant herein, in connection with the acquisition of firearms, as described below, from licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code (the "Dealers"), knowingly made a false and fictitious written statement to each of the Dealers, which statement was intended and likely to deceive each of the Dealers, as to a fact material to the lawfulness of each such sale of the said firearm to the defendant under chapter 44 of Title 18, in that for Counts 2-98, the defendant did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein the defendant represented he was the actual transferee/buyer of the firearms listed on the form, when in fact, and as the defendant well knew, he was not the actual transferee/buyer of the firearms and was acquiring the firearms on behalf of another person and/or for sale to a third party:

| COUNT | DATE | DEALER (federal firearm licensee) | FIREARM |
|---|---|---|---|
| 2 | 12/18/2020 | Ventura Munitions | Ruger, AR-556, 5.56, rifle, SN: 858-13785 |
| 3 | 02/27/2021 | Spartan Arms | Taurus, TX22, .22, pistol, SN: 1PT378540 |
| 4 | 02/27/2021 | Ventura Munitions | Beretta, 92A1, 9, pistol, SN: A254856Z |

| | | | |
|---|---|---|---|
| 5 | 03/03/2021 | Ventura Munitions | 1. Arsenal, SAM7-SF, 7.62, rifle, SN: BC603435<br>2. CZ, P-07, 9, pistol, SN: F001500 |
| 6 | 03/12/2021 | C-A-L Ranch Stores | Henry, H004, .22, rifle, SN: GB736389 |
| 7 | 06/17/2021 | C-A-L Ranch Stores | ATI Omni Pistol, SN: N5309505 |
| 8 | 07/02/2021 | Big 5 | Ruger, American, 5.56, rifle, SN: 690470680 |
| 9 | 07/13/2021 | C-A-L Ranch Stores | 1. Rock Island, 1911 A 680, .380, pistol, SN: RIA2347585<br><br>2. Ruger 10/22, .22, rifle, SN: 0017-89768 |
| 10 | 08/09/2021 | C-A-L Ranch Stores | 1. Ruger, Wrangler, .22, revolver, SN: 204-90026<br><br>2. Beretta, 21A Bobcat, .22, pistol, SN: DAA605462 |
| 11 | 08/10/2021 | Sportsman's Warehouse | 1. Walther, Colt Govt Model, .22, pistol, SN: WD064715<br><br>2. Browning, Buckmark, .22, pistol, SN: BRUS28444YM515 |
| 12 | 08/10/2021 | Sportsman's Warehouse | 1. Umarex, Beretta M9, .22, pistol, SN: BM042565 |
| 13 | 08/12/2021 | Bass Pro Shop | 1. Browning, Buckmark, .22, pistol, SN: BRUS11140YZ515<br><br>2. Walther, P22, .22, pistol, SN: WA326172 |
| 14 | 08/12/2021 | Bass Pro Shop | 1. Browning 1911, .22 pistol, SN: 51EYY01867<br><br>2. Glock 44, .22 pistol, SN: AGYA577 |
| 15 | 08/19/2021 | C-A-L Ranch Stores | 1. Taurus, TX22, .22, pistol, SN: 1PT411129<br><br>2. Taurus, Spectrum, .380, pistol, SN: 1J011560 |
| 16 | 08/28/2021 | Sportsman's Warehouse | 1. S&W, M&P 380 Shield EZ, .380, pistol, SN: NKN0714<br><br>2. Taurus, Spectrum, .380, pistol, SN: 1J000497 |

3

| 17 | 09/10/2021 | Sportsman's Warehouse | Glock, 19 Gen 5, 9, pistol, SN: BUBR912 |
|---|---|---|---|
| 18 | 09/27/2021 | Sportsman's Warehouse | 1. Girsan, Regard MC, 9, pistol, SN: T6368-21A10386<br><br>2. S&W, M&P 380 Shield, .380, pistol, SN: REP3788<br><br>3. S&W, M&P 380 Shield, .380, pistol, SN: REP5966 |
| 19 | 11/03/2021 | C-A-L Ranch Stores | Palmetto State Armory, PA-15, Multi, receiver, SN: SCD415655 |
| 20 | 11/14/2021 | C-A-L Ranch Stores | 1. Ruger, SR-22, .22, pistol, SN: 369-23108<br><br>2. Umarex, Beretta 92FSR, .22, pistol, SN: BM044186<br><br>3. S&W, M&P 22, .22, pistol, SN: HJP27US<br>4. ISSC, MK22, .22, rifle, SN: L266215 |
| 21 | 12/04/2021 | C-A-L Ranch Stores | Palmetto State Armory, Dagger, 9, pistol, SN: FG037073 |
| 22 | 12/11/2021 | Sportsman's Warehouse | Browning, X-Bolt, 6.5 Creedmoore, rifle, SN: BRJP11547YZ354 |
| 23 | 01/02/2022 | Sportsman's Warehouse | 1. Browning, Buckmark, .22, SN: BRUS08507YZ515 |
| 24 | 01/02/2022 | C-A-L Ranch Stores | 1. Palmetto State Armory, Dagger Comp, 9, pistol, SN: FG040552<br><br>2. Springfield, Saint Victor, .308, rifle, SN: ST375878 |
| 25 | 01/03/2022 | Sportsman's Warehouse #187 Henderson | 1. German Sports Guns, Firefly, .22, pistol, SN: F476391 |
| 26 | 01/03/2022 | Sportsman's Warehouse #222 Las Vegas | 1. S&W, SW22 Victory, .22, pistol, SN: UEN0995 |
| 27 | 01/06/2022 | Sportsman's Warehouse #187 Henderson | 1. Tikka/Beretta, T3X, 6.5 Creedmoore, rifle, SN: AA1768 |

4

| # | Date | Location | Firearm(s) |
|---|---|---|---|
| 28 | 01/07/2022 | American Shooters | 1. Keltec, PMR-30, .22, pistol, SN: WHU63<br><br>2. Walther, P22 CA, .22, pistol, SN: WA339837 |
| 29 | 01/07/2022 | Precision Armory | 1. Glock, 44, .22, pistol, SN: AFTM931<br><br>2. Ruger, 10/22, .22, rifle, SN: 0017-52372 |
| 30 | 01/07/2022 | Discount Firearms & Ammo | 1. Walther, P22, .22, pistol, SN: WA327306<br><br>2. Bersa, Thunder 22, .22, pistol, SN: L36603 |
| 31 | 01/07/2022 | C-A-L Ranch Stores | Keltec, PMR 30, .22, pistol, SN: WY9904 |
| 32 | 01/22/2022 | American Shooters | Glock, 44, .22, pistol, SN: AFHX014 |
| 33 | 01/30/2022 | Discount Firearms & Ammo | S&W, M&P 9 Shield Plus, 9, pistol, SN: JLL3320 |
| 34 | 02/08/2022 | Sportsman's Warehouse #187 Henderson | 1. Ruger, 10/22, .22, rifle, SN: 0020-53137<br><br>2. S&W, M&P 380 Shield EZ, .380, pistol, SN: REL3649 |
| 35 | 02/08/2022 | Sportsman's Warehouse #222 Las Vegas | 1. S&W, M&P 380 Shield EZ, .380, pistol, SN: REP2712 |
| 36 | 02/13/2022 | C-A-L Ranch Stores | Rossi, RL22181WD, .22, rifle, SN: 7CL038065P |
| 37 | 02/13/2022 | Sportsman's Warehouse | 1. CZ, 457, .22, rifle, SN: F201294<br><br>2. Glock, 42, .380, pistol, SN: AFWW011 |
| 38 | 02/13/2022 | Bass Pro Shop | S&W, M&P 380 Shield EZ, .380, pistol, SN: RDV8027 |
| 39 | 02/13/2022 | Precision Armory | 1. ACP, M1911A1 FS-XT22, .22, pistol, SN: XTM021579<br><br>2. S&W, M&P 380 Shield EZ, .380, pistol, SN: RDX4835 |
| 40 | 02/20/2022 | Discount Firearms & Ammo | Browning, Black Label 1911-380, .380, pistol, SN: 51HYZ03562 |

| # | Date | Source | Firearm |
|---|---|---|---|
| 41 | 02/20/2022 | Sportsman's Warehouse | S&W, M&P 380 Shield EZ, .380, Pistol, SN: RES1665 |
| 42 | 02/21/2022 | Sportsman's Warehouse | S&W, M&P 380 Shield EZ, .380, pistol, SN: REP5263 |
| 43 | 02/23/2022 | Grips by Larry | 1. German Sports Guns, GSG-1911, .22, pistol, SN: B106609<br><br>2. German Sports Guns, GSG-1911, .22, pistol, SN: A913640<br><br>3. Browning, 1911-22, .22, pistol, SN: 51EYZ52718 |
| 44 | 03/02/2022 | Sportsman's Warehouse | 1. Umarex, Beretta M9, .22, pistol, SN: BM049849<br><br>2. Umarex, Beretta M9, .22, pistol, SN: BM051066<br><br>3. Umarex, Beretta M9, .22, pistol, SN: BM049605<br><br>4. Browning, Buckmark, .22, .22, SN: US515YY02799 |
| 45 | 03/09/2022 | Sportsman's Warehouse | Keltec, PMR-30, .22, pistol, SN: WYAN18 |
| 46 | 03/09/2022 | Sheepdog Armory | 1. German Sports Guns (ATI), GSG-1911, .22, pistol, SN: A915663<br><br>2. Umarex, Beretta M9A1, .22, pistol, SN: BM050856 |
| 47 | 03/31/2022 | Precision Armory | 1. Umarex, Beretta 92FS, .22, pistol, SN: BM050711<br><br>2. Beretta, 92FS, 9, pistol, SN: A314848Z |
| 48 | 03/31/2022 | Ventura Munitions | 1. Beretta, 84 BB, .380, pistol, SN: Y60678Y<br><br>2. Beretta, 84 BB, .380, pistol, SN: Y63047Y |
| 49 | 04/07/2022 | Ventura Munitions | Beretta, 84 BB, .380, pistol, SN: Y42356Y |
| 50 | 04/09/2022 | Spartan Arms | Glock, 44, .22, pistol, SN: AGGX015 |

| | | | |
|---|---|---|---|
| 51 | 04/09/2022 | Sheepdog Armory | 1. Taurus, TX22, .22, pistol, SN: 1PT491479<br><br>2. Chiappa Firearms, 1911-22, .22, pistol, SN: CFIT21D03178 |
| 52 | 04/09/2022 | C-A-L Ranch Stores | Umarex, Beretta M9A1, .22, pistol, SN: BM058390 |
| 53 | 04/14/2022 | Bass Pro Shop | Umarex, Beretta M9, .22, pistol, SN: BM058626 |
| 54 | 04/27/2022 | C-A-L Ranch Stores | 1. Rock Island, M1911 A1 XT, .22, pistol, XTM022182<br><br>2. Beretta, 92 FSR, .22, pistol, SN: BM056606 |
| 55 | 04/28/2022 | Discount Firearms & Ammo | Glock, 44, .22, pistol, SN: AGRK874 |
| 56 | 04/28/2022 | American Shooters | Kel-Tec, PMR 30, .22, pistol, SN: WY7K68 |
| 57 | 05/16/2022 | Spartan Arms | 1. Taurus, TX22, .22, pistol, SN: 1PT493594<br><br>2. Taurus, The Judge, .45/410, revolver, SN: ADC094467 |
| 58 | 05/16/2022 | C-A-L Ranch Stores | 1. S&W, M&P 15-22, .22, rifle, SN: LAE3659<br><br>2. Beretta, 92 FSR, .22, pistol, SN: BM056173 |
| 59 | 05/16/2022 | Sheepdog Armory | Keltec, PMR-30, .22, pistol, SN: WY2L22 |
| 60 | 05/27/2022 | Sportsman's Warehouse | 1. Walther, Colt Gov. Model, .22, pistol, SN: WD073524<br><br>2. Umarex, HK 416D, .22, rifle, SN: HB062450 |
| 61 | 06/01/2022 | American Shooters | Ruger, 57, 5.7x28, pistol, SN: 643-03695 |
| 62 | 06/01/2022 | Ventura Munitions | FN, Five Seven, 5.7, pistol, SN: 386418464 |
| 63 | 06/26/2022 | Bass Pro Shop | Browning, Black Label 1911-380, .380, pistol, SN: 51HYZ10620 |
| 64 | 06/26/2022 | C-A-L Ranch Stores | Beretta, 92 FSR, .22, pistol, SN: BM056604 |

| | | | |
|---|---|---|---|
| 65 | 06/26/2022 | Precision Armory | 1. Glock, 44, .22, pistol, SN: AGTT642<br><br>2. Walther, Colt Rail Gun, .22, pistol, SN: WD072065 |
| 66 | 06/27/2022 | Ventura Munitions | Palmetto State Armory, 5.7 Rock, 5.7x22, pistol, SN: RK004913 |
| 67 | 07/08/2022 | C-A-L Ranch Stores | Taurus, TX 22, .22, pistol, SN: 1PT476174 |
| 68 | 07/09/2022 | Bass Pro Shop | 1. Glock, 44, .22, pistol, SN: AGRH165<br><br>2. Umarex, Beretta M9, .22, pistol, SN: BM001961 |
| 69 | 07/10/2022 | Bass Pro Shop | Browning, Black Label 1911-380, .380, pistol, SN: 51HYY02074 |
| 70 | 07/10/2022 | Precision Armory | Taurus, TX22, .22, pistol, SN: 1PT520919 |
| 71 | 08/06/2022 | Spartan Arms | Walther, WMP, .22, pistol, SN: WT005111 |
| 72 | 08/06/2022 | C-A-L Ranch Stores | 1. German Sports Guns, GSG-1911, .22, pistol, A940524<br><br>2. German Sports Guns, GSG-1911, .22, pistol, A931202 |
| 73 | 08/07/2022 | Spartan Arms | Walther, WMP, .22, pistol, SN: WT005114 |
| 74 | 08/08/2022 | Ventura Munitions | Keltec, PMR 30, .22, pistol, SN: WYE545 |
| 75 | 08/21/2022 | Precision Armory | Beretta, 92X, 9-millimeter, pistol, SN: 92X0061432 |
| 76 | 08/22/2022 | Ventura Munitions | 1. German Sports Guns, GSG-1911, .22, pistol, SN: A940249<br><br>2. Phoenix Arms, HP22, .22, pistol, SN: 4603131 |
| 77 | 09/25/2022 | Precision Armory | Glock 44, .22 caliber pistol, SN: AGRL936 |
| 78 | 09/25/2022 | Spartan Arms | 1. Ruger, Mark IV, .22, pistol, SN: 500359340<br><br>2. Sig Sauer, P322, .22, pistol, SN: 73A018831 |

| | | | |
|---|---|---|---|
| 79 | 09/25/2022 | Sheepdog Gun Armory | 1. Glock, 44, .22, pistol, SN: AGVU670<br><br>2. Keltec, PMR-30, .22, pistol, SN: WX9494 |
| 80 | 09/25/2022 | Discount Firearms & Ammo | Taurus, TX22, .22, pistol, SN: 1PT522186 |
| 81 | 10/05/2022 | Ventura Munitions | 1. Sig Sauer, P322, .22, pistol, SN: 73A038077<br><br>2. Taurus, TX22, .22, pistol, SN: 1PT572076 |
| 82 | 10/05/2022 | C-A-L Ranch Stores | Taurus, TX22, .22, pistol, SN: 1PT534490 |
| 83 | 10/05/2022 | Precision | Umarex .22 caliber pistol, SN: LR017680 |
| 84 | 10/27/2022 | Ventura Munitions | 1. Ruger, American, .22, rifle, SN: 836-08741<br><br>2. Beretta, M9-22, .22, pistol, SN: BM063394 |
| 85 | 10/28/2022 | C-A-L Ranch Stores | Umarex, Beretta M9-22, .22, pistol, SN: BM062597 |
| 86 | 11/04/2022 | C-A-L Ranch Stores | Sig Sauer, P322, .22, pistol, SN: 73A066447 |
| 87 | 11/20/2022 | Spartan Arms | 1. Glock, 44, .22, pistol, SN: AGXV710<br><br>2. Umarex, FN 502, .22, pistol, LR020429 |
| 88 | 11/20/2022 | C-A-L Ranch Stores | 1. German Sports Guns, GSG-1911, .22, pistol, SN: A947271<br><br>2. Taurus, TX22, .22, pistol, SN: 1PT507075<br><br>3. Sig Sauer, P322, .22, pistol, SN: 73A074339 |
| 89 | 11/20/2022 | Sheepdog Armory | German Sports Guns, 1911 CA, .22, pistol, SN: A953390 |
| 90 | 12/05/2022 | Ventura Munitions | 1. German Sports Guns, Firefly, .22, pistol, SN: F483527<br><br>2. Keltec, PMR-30, .22, pistol, SN: WYHJ71 |

| 91 | 12/05/2022 | Precision Armory | Keltec, PMR-30, .22, pistol, SN: WY0693 |
| 92 | 12/15/2022 | Ventura Munitions | 1. German Sports Guns, Firefly, .22, pistol, SN: F484596<br><br>2. Keltec, PMR-30, .22, pistol, SN: WYHJ57 |
| 93 | 12/15/2022 | C-A-L Ranch Stores | Umarex, Beretta M9 22, .22, pistol, SN: BM062422 |
| 94 | 12/15/2022 | American Shooters | Walther, PPK/S, .22, pistol, SN: WF074875 |
| 95 | 12/28/2022 | Ventura Munitions | 1. Beretta, 84BB, .380, pistol, SN: Y64213Y<br><br>2. Keltec, P17, .22, pistol, SN: GGR64 |
| 96 | 12/28/2022 | C-A-L Ranch Stores | Keltec, PMR 30, .22, pistol, WY4530 |
| 97 | 12/28/2022 | Spartan Arms | Taurus, TX22, .22, pistol, SN: 1PT548579 |
| 98 | 01/17/2023 | C-A-L Ranch Stores | Ruger, Wrangler, .22, revolver, SN: 207-47098 |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**DATED:** this 5th day of December, 2023.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

_[signature]_
DAVID KIEBLER
Assistant United States Attorney